In the Matter of SARAH C. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; CAROLINE C., Appellant, et al., Respondent. (Proceeding No. 1.)

In the Matter of SHAWN C. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; CAROLINE C., Appellant, et al., Respondent. (Proceeding No. 2.)

In the Matter of JOSHUA C. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; CAROLINE C., Appellant, et al., Respondent. (Proceeding No. 3.)

In the Matter of JOSEPH C. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; CAROLINE C., Appellant, et al., Respondent. (Proceeding No. 4.)

Submitted November 16, 2015; decided January 7, 2016

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

JOAN COCCIA, Respondent, v THOMAS F. LIOTTI, Appellant.

Submitted November 16, 2015; decided January 12, 2016

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.